**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JONATHAN BOYER<br><br>Defendant. | Case No. 6:25-po-00157-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.23(a)(1) |
| **Sentence Date:** | September 16, 2025 |
| **Review Hearing Date:** | September 8, 2026 |
| **Probation Expires On:** | September 16, 2027 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,000.00 which Total Amount is made up of a Fine: $ 990.00 Special Assessment: $ 10.00 Processing Fee: $ Choose an item. Restitution: $

☒ **Other Conditions:** Abstain from the use or possession of alcohol and not frequent establishments where the primary business is the sale of alcohol; consent to chemical testing if requested by law enforcement; attend AA or NA 1 time weekly for 6 months; complete the substance use treatment program with Hartford Healthcare and provide proof; complete booking with USMS; and complete a First Time DUI Offender Program or equivalent through the Florida DMV during the term of probation.

***DEFENSE POSITION:***

☒ To date, Defendant has paid a total of $ 1,000.00. *See* ECF No. 19.
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Mr. Boyer has completed the substance use inpatient treatment program with Hartford Healthcare, and he is voluntarily continuing outpatient treatment. Mr. Boyer has attended weekly AA meetings for 7 months from September 2025 to April 2026. Mr. Boyer completed booking on September 22, 2025, and is actively searching for the appropriate DUI course to be completed before the expiration of his probationary term.

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Representative: Briana Vollmer (Rule 180)

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/8/2026 at 10 am

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated given his perfect compliance; or, in the alternative, allow for Mr. Boyer's remote appearance as previously granted given he continues to reside in Connecticut. The government does not object to the remote appearance but objects to vacating the hearing.

DATED: 8/26/2026

*<u>/s/ Lisa Ndembu Lumeya</u>*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request (Doc. 20) is:

☒ GRANTED to the extent that Defendant may appear by remote means for his review hearing.

☐ DENIED.

Dated: <u>September 2, 2026</u>

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE